UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

|  |  |
|---|---|
| PAVARINI CONSTRUCTION CO., INC.,<br>for itself and for the use and benefit of<br>STEADFAST INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>G & E FLORIDA CONTRACTORS, INC., and<br>ACE AMERICAN INSURANCE COMPANY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No.:**<br>)  **1:14-cv-23666-UU**<br>)<br>)<br>) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, having reached an agreement to fully and finally dispose of this action on the terms and conditions set forth in a Confidential Settlement Agreement dated November 23, 2015, and the Judgment simultaneously filed herewith, Plaintiff Pavarini Construction Co., Inc. ("Pavarini"), for itself and for the use and benefit of Steadfast Insurance Company ("Steadfast"), and Defendants G&E Florida Contractors, Inc. ("G&E") and ACE American Insurance Company ("ACE"), by and through their respective counsel, hereby submit this Joint Stipulation of Dismissal with Prejudice. Each party shall bear is own attorney's fees and costs.

A proposed Order adopting this Joint Stipulation is attached as an exhibit hereto.

1


Case 1:14-cv-23666-UU   Document 177   Entered on FLSD Docket 11/30/2015   Page 2 of 4

Dated: November 30, 2015

| | |
|---|---|
| /s/ Peter F. Valori | /s/ Kimberly N. Ramey |
| Peter F. Valori (Florida Bar No. 0043516) | Scott J. Frank |
| Russell Landy (Florida Bar No. 0044417) | Denise M. Anderson |
| DAMIAN & VALORI | Kimberly N. Ramey |
| 1000 Brickell Avenue, Suite 1020 | BUTLER WEIHMULLER KATZ CRAIG |
| Miami, Florida 33131 | 400 North Ashley Drive, Suite 2300 |
| Telephone: (305) 371-3960 | Tampa, FL 33602 |
| Facsimile: (305) 371-3965 | Telephone: (813) 281-1900 |
| pvalori@dvllp.com | Facsimile: (813) 281-0900 |
| rlandy@dvllp.com | sfrank@butler.legal |
| | danderson@butler.legal |
| — and — | kramey@butlerpappas.com |
| | |
| David T. Dekker (admitted *pro hac vice*) | *Counsel for Defendant G&E Florida* |
| Melissa C. Lesmes (admitted *pro hac vice*) | *Contractors, Inc.* |
| Eric M. Gold (admitted *pro hac vice*) | |
| Stephen S. Asay (admitted *pro hac vice*) | |
| PILLSBURY WINTHROP | /s/ Maritza Peña |
| SHAW PITTMAN LLP | Maritza Peña |
| 1200 Seventeenth Street, NW | MARLOW, ADLER, ABRAMS, |
| Washington, DC 20036 | NEWMAN & LEWIS |
| Telephone: (202) 663-8000 | 4000 Ponce de Leon Boulevard, Suite 570 |
| Facsimile: (202) 663-8007 | Coral Gables, FL 33146 |
| david.dekker@pillsburylaw.com | Telephone: (305) 446-0500 |
| melissa.lesmes@pillsburylaw.com | Facsimile: (305) 446-3667 |
| eric.gold@pillsburylaw.com | mpena@marlowadler.com |
| stephen.asay@pillsburylaw.com | |
| | *Counsel for Defendant ACE American* |
| *Counsel for Pavarini Construction Co., Inc.* | *Insurance Company* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the CM/ECF system on this 30th day of November 2015 upon:

Scott J. Frank
Denise M. Anderson
Kimberly N. Ramey
BUTLER WEIHMULLER KATZ CRAIG
400 North Ashley Drive, Suite 2300
Tampa, FL 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
sfrank@butler.legal
danderson@butler.legal
kramey@butlerpappas.com
*Counsel for Defendant G&E Florida Contractors, Inc.*

Maritza Peña
MARLOW, ADLER, ABRAMS, NEWMAN & LEWIS
4000 Ponce de Leon Boulevard, Suite 570
Coral Gables, FL 33146
Telephone: (305) 446-0500
Facsimile: (305) 446-3667
mpena@marlowadler.com
*Counsel for Defendant ACE American Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| PAVARINI CONSTRUCTION CO., INC., for itself and for the use and benefit of STEADFAST INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> G & E FLORIDA CONTRACTORS, INC., and ACE AMERICAN INSURANCE COMPANY, <br><br> Defendants. | Civil Action No.: <br> 1:14-cv-23666-UU |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Parties' Joint Stipulation of Dismissal with Prejudice, this Court, having been informed that the parties' have fully and finally resolved their dispute pursuant to a Confidential Settlement Agreement dated November 23, 2015 and the Judgment entered into between Pavarini Construction Co., Inc., and G&E Florida Contractors, Inc., simultaneously filed herewith ("Consent Judgment"), it is hereby ORDERED, ADJUDGED, and DECREED that:

All claims against ACE American Insurance Company, and all claims against G&E Florida Contractors, Inc. not otherwise resolved by the Consent Judgment, are hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____

_____
URSULA UNGARO
United Stated District Judge